**Date signed April 19, 2005**



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
#### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MARK ANTHONY BROWN | : | Case No. 04-35148PM |
| DEIDRA LEIGH BROWN | : | Chapter 7 |
| a/k/a DEIDRA LEIGH DONAHOE | : | |
| | : | |
| Debtors | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

### MEMORANDUM OF DECISION

This case comes before the court on the Debtors' objections to the motions of Turf Equipment and Supply Company, Inc., to take a Rule 2004 examinations of the Debtors and to extend the time for filing complaints under § 523 or § 727 of the Bankruptcy Code.

Debtors' case under Chapter 7 of the Bankruptcy Code was filed on November 5, 2004. Despite having had notice of the filing of the case and the meeting of creditors scheduled January 3, 2005, as well as the bar date for filing objections to discharge and dischargeability of debts set at March 4, 2005, the Movant did nothing prior to filing the instant motion to extend time on March 3, 2005. This dilatory procedure is done from time to time by creditors to harass debtors by waiting until the eve of the entry of an Order for Discharge under Chapter 7 that must be entered by the Clerk at the time of the expiration of the time in which to object to discharge, that is, 60 days after the meeting of creditors. *See* Bankruptcy Rule 4004(c). At the hearing on the motions, counsel for the moving party explained that this cause of action might be based upon the action of D.L. Brown Construction, Inc., a corporation said to be controlled and operated by the Debtors.

While the use of a Rule 2004 examination has been characterized as a legitimate fishing expedition, *In re GHR Energy Corp.*, 33 B.R. 451, 454 (BC Mass. 1983)., the filing of a complaint objecting to discharge or to the dischargeability of a debt does subject the filing party to the sanctions contained in Bankruptcy Rule 9011.  The court will grant a single extension of time for the filing of a complaint objecting to Debtors' discharge or dischargeability of a debt owed to it, as well as an Order allowing the taking of Rule 2004 examinations.  In making this ruling the court is not passing in any fashion upon the merits of such an action.

Appropriate orders will be entered.

cc:
Douglas H. Seitz, Esq., One North Charles Street, Suite 1200, Baltimore, MD 21201
Scott C. Borison, Esq., 5500 Buckeystown Pike, Frederick, MD 21703
Steven H. Greenfeld, Trustee, 5028 Wisconsin Avenue, N.W., Suite 300, Washington, DC 20016
Deidra/Mark Brown, 10712 Harry Heth Road, Williamsport, MD 21759

**End of Memorandum**